# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ESVIN FERNANDO ARREDONDO RODRIGUEZ, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:22-cv-02845-JLS-AFMx |
| v. | |
| UNITED STATES OF AMERICA, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

4/29/2022      *[signature]*
Date      United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:

_____      _____
Date      United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

_____      _____
Date      United States District Judge