TRACY WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (CBN 305301)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant. | No. 2:22-cv-02845-JLS (AFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Josephine L. Staton<br>United States District Court |

1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant may have an extension of time, up to and including August 29, 2022, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

This Stipulation is made at the request of Federal Defendant's counsel, who is still obtaining additional information and needs additional time to review Plaintiff's complaint and the administrative record to properly respond to the complaint. This is the parties first request for an extension.

Dated: June 22, 2022

Respectfully submitted,

MILBANK LLP

 /s/ *Linda Dakin-Grimm*
Linda Dakin-Grimm, Esq.
Attorney for Plaintiff

Dated: June 22, 2022

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney

Attorneys for United States of America

I, Christina Marquez, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 /s/--*Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney