UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant. | No. 2:22-cv-02845-JLS (AFMx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (Doc. 13)** |

Pursuant to stipulation (Doc. 13), IT IS ORDERED that Defendant's time to respond to the complaint is extended to August 29, 2022.

DATED: June 27, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE