1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11

Esvin Fernando Arredondo Rodriguez, an individual,

12

Plaintiff,

13

v.

14

The United States of America

15

Defendant.

16

No. 2:22-cv-02845-JLS (AFMx)

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (Doc. 15)**

17
18
19
20
21
22
23
24
25
26
27
28

      Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to the complaint is extended to September 12, 2022.


DATED:  August 25, 2022

 

 

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE