UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-cv-02845-JLS-AFM                                                   Date: December 8, 2022
Title: Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   V.R. Vallery   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MOTION TO TRANSFER OR DISMISS (Doc. 18) UNDER SUBMISSION**

　　　Before the Court is Defendant's Motion to Transfer, or, in the Alternative, to Dismiss.  (Doc. 18.)  Plaintiff opposed, and Defendant replied.  (Doc. 20, Doc. 23.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for **December 9, 2022 at 10:30 a.m.**, is VACATED.  The matter is under submission, and the Court will post its ruling on the docket.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  vrv