MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Ldakin-grimm@milbank.com
Mark Shinderman (State Bar #136644)
Mshinderman@milbank.com
Asena Baran (State Bar #342626)
Abaran@milbank.com
Marina S. Markarian (State Bar #340686)
Mmarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone: 424-386-4404
Facsimile: 213-629-5063
Julie M. Wolf (admitted *pro hac vice*)
Jwolf@milbank.com
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone: 202-835-7534
Facsimile: 202-263-7534

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-AFM<br><br>**NOTICE OF MOTION FOR DOCUMENT PRODUCTION AND ENTRY OF PROTECTIVE ORDER**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE ALEXANDER F. MACKINNON]**<br><br>Date: April 11, 2023<br>Time: 10:00 AM<br>Judge: Alexander F. MacKinnon |

Pursuant to Local Rule 37, on April 11, 2023, or as soon thereafter as counsel can be heard, Plaintiffs Esvin Fernando Arredondo Rodriguez ("Mr. Arredondo Rodriguez") and his minor daughter A.F.A.J. (together, "Plaintiffs") will motion the Court to order Defendant, the United States of America, to produce all documents and materials listed in its Rule 26 Disclosure dated February 9. 2023, including but not limited to all materials produced in the other Federal Tort Claims Act cases pending in Federal Courts across the country. Plaintiffs further move the Court to issue a protective order in the form customarily issued by Magistrate Judge Alexander F. MacKinnon. The parties' respective positions are set forth in the Joint Stipulation filed on March 15, 2023 pursuant to Local Rule 37-2 (Document No. 40). Plaintiffs' proposed protective order is attached as Exhibit G to the Joint Stipulation.

Dated: March 20, 2023

Respectfully Submitted,

**MILBANK LLP**

By: _____
Linda Dakin-Grimm (State Bar #119630)
Ldakin-grimm@milbank.com

Mark Shinderman (State Bar #136644)
Mshinderman@milbank.com
Asena Baran (State Bar #342626)
Abaran@milbank.com
Marina S. Markarian (State Bar #340686)
Mmarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

|     |     |
| --- | --- |
| 1   | Telephone: 424.386.4000 |
| 2   | Facsimile: 213.629.5063 |
| 3   | Julie Wolf (admitted *pro hac vice*) |
|     | Jwolf@milbank.com |
| 4   | 1850 K Street NW, Suite 1100 |
| 5   | Washington, DC 20006 |
|     | Telephone: 202-835-7534 |
| 6   | Facsimile: 202-263-7534 |
| 7   |     |
| 8   | *Pro Bono* Attorneys for Plaintiffs, Esvin Fernando Arredondo Rodriguez and A.F.A.J. |

JOINT STIPULATION REGARDING DISCOVERY DISPUTE OVER PROTECTIVE ORDER SCOPE