E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (Cal. Bar No. 305301)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J, A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 22-02845-JLS-AFM<br><br>DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DOCUMENT PRODUCTION AND ENTRY OF PROTECTIVE ORDER<br><br>Hon. Alexander F. MacKinnon<br>Hearing Date: April 11, 2023<br>Hearing Time: 10:00 a.m. |

Since the filing of Plaintiffs' Motion to Compel on March 15, 2023, through Defendant's diligent efforts, Defendant has been able to resolve some of the technical limitations as to the Common Discovery and is prepared to produce almost the entirety of the Common Discovery upon the entry of Defendant's proposed protective order.

Plaintiffs' allegations about the Motion for Sanctions pending in *A.P.F. v. United States*, No. 20-00065-PHX-SRB (D. Ariz. Dec. 14, 2022), ECF No. 328 do not have any bearing on Defendant's proposed protective order in this case. First, Plaintiffs do not point to any relevant language in these pending filings in *A.P.F.* related to the substantive language at issue in Defendant's proposed protective order. Second, Defendant's proposed protective order in this case is not identical to the protective order in *A.P.F.* Plaintiffs ignore the fact that the parties substantially met and conferred on the terms of Defendant's proposed protective order and limited the issues down to three.

Plaintiffs have repeatedly asserted their urgency to obtain this Common Discovery yet want to unravel the extensive negotiations in *A.P.F.* and *C.M.* that have taken place to streamline the discovery process. If the Court's model protective order is entered, Defendant will have to re-review those approximately 60,000 pages of documents to add annotations before production, which would delay the production of the Common Discovery.

Accordingly, Defendant respectfully requests that this Court enter Defendant's proposed protective order so that discovery can commence in this case without delay.

| | |
|---|---|
| Dated: March 28, 2023 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section |
| |    /s/ *Christina Marquez*<br>CHRISTINA MARQUEZ<br>Assistant United States Attorney<br>Attorneys for Defendant |