UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  CV 22-02845-JLS-(AFMx)                                Date: April 11, 2023

Title     ESVIN RODRIGUEZ v. UNITED STATES OF AMERICA

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Linda S. Dakin-Grimm                       Christina Alejandra Marquez, AUSA

**Proceedings HRG: PLAINTIFFS' MOTION FOR DOCUMENT PRODUCTION AND ENTRY OF PROTECTIVE ORDER (ECF #45)**

    Hearing held re plaintiffs' Motion for Document Production and Entry of Protective Order (ECF #45). Defendant may file a supplemental brief by April 18, 2023. Plaintiff may file a supplemental brief no later than 5 days after the filing of defendant's brief. The parties shall also meet and confer to discuss language for inclusion in the protective order that would allow Defendant to make blanket confidentiality designations at this time, subject to the requirement that the production be subsequently reviewed by Defendant on a document-by-document basis to determine whether specific documents should be redesignated as not confidential. Plaintiff's supplemental brief shall include a report on those discussions and shall present proposed language for inclusion in the protective order to implement this type of procedure.

    IT IS SO ORDERED.

                                                                              :38
                                                **Initials of Preparer**      ib