MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Marina Markarian (State Bar #340686)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4404
Facsimile: 213-629-5063
Email: Ldakin-grimm@milbank.com
Elizabeth Hamilton, *pro hac vice*
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: Ehamilton@milbank.com

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-AFM<br><br>**NOTICE OF MOTION FOR DOCUMENT PRODUCTION**<br><br>**[DISCOVERY DOCUMENT: REFERRAL TO MAGISTRATE JUDGE REQUESTED]**<br><br>Date: October 25, 2023<br>Time: 10:00 AM |

    Pursuant to Local Rule 37, on October 25, 2023, or as soon thereafter as counsel can be heard, Plaintiffs Esvin Fernando Arredondo Rodriguez ("Mr. Arredondo Rodriguez") and his minor daughter A.F.A.J. (together, "Plaintiffs") will motion the Court to order Defendant, the United States of America, to produce all

documents and materials responsive to Plaintiffs RFP 1, all materials produced in the other Family Separation Federal Tort Claims Act cases pending in Federal Courts across the country. The parties' respective positions are set forth in the Joint Stipulation filed concurrently with this Notice pursuant to Local Rule 37-2.

Dated: October 3, 2023       Respectfully Submitted,

**MILBANK LLP**

By: /s/   Linda Dakin-Grimm
Linda Dakin-Grimm (State Bar #119630)
Ldakin-grimm@milbank.com

Mark Shinderman (State Bar #136644)
MShinderman@milbank.com
Marina Markarian (State Bar #340686)
Mmarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424.386.4000
Facsimile: 213.629.5063

Elizabeth Hamilton, *pro hac vice*
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: Ehamilton@milbank.com

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.