MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Marina Markarian (State Bar #340686)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4404
Facsimile: 213-629-5063
Email: Ldakin-grimm@milbank.com

Elizabeth Hamilton, *pro hac vice*
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: Ehamilton@milbank.com

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-JC<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** ***PRO HAC VICE*** |

NOTICE OF LODGING OF [PROPOSED] ORDER

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiffs Esvin Fernando Arredondo Rodriguez and his minor daughter A.F.A.J. (together, "Plaintiffs") hereby lodge the attached [Proposed] Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice*. The relevant Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (ECF 68) was previously filed on October 18, 2023.

Dated:  October 23, 2023                Respectfully Submitted,

**MILBANK LLP**

By: /s/   Linda Dakin-Grimm
Linda Dakin-Grimm (State Bar #119630)
Ldakin-grimm@milbank.com

Mark Shinderman (State Bar #136644)
MShinderman@milbank.com
Marina Markarian (State Bar #340686)
Mmarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424.386.4000
Facsimile: 213.629.5063

Elizabeth Hamilton, *pro hac vice*
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: Ehamilton@milbank.com

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and
A.F.A.J.

-1-

NOTICE OF LODGING OF [PROPOSED] ORDER