UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02845-JLS-JCx | Date | October 31, 2023 |
|---|---|---|---|
| Title | Esvin Fernando Arredondo Rodriguez, et al. v. United States of America | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | CS 10-31-23 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Julia Duke | David Pinchas |
| | Christina Marquez |

**Proceedings:** **HEARING ON, AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR DOCUMENT PRODUCTION (Docket No. 63);**

**ORDER DIRECTING FURTHER GATHERING/EXCHANGE OF INFORMATION AND SETTING STATUS CONFERENCE**

Case called. Counsel stated their appearances. The Court heard argument on Plaintiffs' Motion for Document Production.

For the reasons explained on the record:

1. The Court denied without prejudice Plaintiffs' Motion for Document Production.

2. The Court ordered Plaintiffs, by not later than November 9, 2023, to (a) review the dockets of the approximately forty (40) so-called "Family Separation Cases" (see Docket No. 64 at n.3); (b) identify any discovery orders requiring/declining to require the production of non-plaintiff specific discovery beyond the "common discovery," as that term has been defined by Defendant; (c) prepare a chart/list including the case name/number of each such case, the docket number of any such order (or an indication of "none"), and a description of any such discovery referenced in any such order; and (d) file and serve Defendant with a copy of such chart/list;

3. The Court ordered Defendant, by not later than November 17, 2023, to (a) seek from other federal government attorneys assigned to the approximately forty (40) so-called "Family Separation Cases," information regarding what, if any, non-plaintiff specific discovery beyond the "common discovery," as that term has been defined by Defendant, has been produced – voluntarily or otherwise – in such cases; (b) prepare a chart/list

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02845-JLS-JCx | Date | October 31, 2023 |
|---|---|---|---|
| Title | Esvin Fernando Arredondo Rodriguez, et al. v. United States of America | | |

including the case name/number of each such case, specifying whether or not any such additional non-plaintiff specific discovery has been produced voluntarily or ordered (if the former, so specifying; if the latter, so specifying and including the docket number of the order), and describing the discovery produced/ordered produced;[1] and (c) file and serve Plaintiffs with a copy of such chart/list; and

4. The Court set a telephonic status conference in this matter for November 21, 2023 at 10:30 a.m., with the Clerk to provide counsel with call-in information prior to the status conference.

|  | 1 : 15 |
|---|---|
| Initials of Clerk | klh |

---

[1] While the Court directed Defendant's counsel to make good faith efforts to seek the information in issue (*e.g.*, through an email directed to the federal government attorneys assigned to the other so-called "Family Separation Cases"), it noted that if Defendant's counsel was unsuccessful in timely obtaining the information in one or more such cases, it should note on its chart/list that the information has been requested but not received.