# Exhibit 1 to the Declaration of Julia C. Duke

## Discovery Orders Regarding the Production of Non-Plaintiff Specific Discovery Beyond the "Common Discovery"

| | Case Name | Docket No. | Description |
|---|---|---|---|
| 1. | *P.G. v. United States*, No. 4:21-cv-04457 (N.D.Cal.) | 126 | **Order Granting 125 Stipulation Regarding Defendants Document Production, signed by Magistrate Judge Westmore.**<br><br>Ordering defendant to produce discovery of non-plaintiff materials held by ICE custodian beyond "common discovery" from *A.P.F. v. United States*, No. 2:20-cv-00065 (D. Ariz.) and *C.M. v. United States*, No. 2:19-cv-05217 (D. Ariz.), including searching for documents responsive to reunification-related search terms. |
| | | 130 | **Order Regarding 10/24/23 Joint Letter re: Supplemental Searches, signed by Magistrate Judge Westmore.**<br><br>Ordering defendant to "search for and produce relevant notes, agendas, and talking points for" former DHS official's meetings with CBP and ICE officials and USAO daily charts reflecting daily immigration prosecution referrals and declinations. |

-1-

|  | Case Name | Docket No. | Description |
|---|---|---|---|
| 2. | *Benitez v. Miller*, No. 3:22-cv-00884 (D. Conn.) | 43 | **Minute Order for Proceedings, before Judge Hall.**<br><br>Ordering defendant to produce "common discovery" from *A.P.F. v. United States*, No. 2:20-cv-00065 (D. Ariz.) and *C.M. v. United States*, No. 2:19-cv-05217 (D. Ariz.) without limitation as to *additional* "common discovery" or subjecting subsequent requests for additional "common discovery" to heightened review. |
|  |  | 103 | **Text Order Regarding Amended Report of Rule 26(f) Planning Meeting, ordered by Judge Hall.**<br><br>Ordering that plaintiffs are entitled to take additional policy-related depositions. |

|   | Case Name | Docket No. | Description |
|---|---|---|---|
| 3. | *D.J.C.V. v. United States*, No. 1:20-cv-05747 (S.D.N.Y.) | 152 | **Order Terminating Letter Motion for Discovery, signed by Judge Engelmayer.** Assenting to compromise between parties that Plaintiffs would depose U.S. Border Patrol official and send additional interrogatories to second U.S. Border Patrol official regarding national separation policies. |
| 4. | *A.P.F. v. United States*, No. 2:20-cv-00065 (D.Ariz.) | N/A | Original cases in which "common discovery" was produced. |
| 5. | *C.M. v. United States*, No. 2:19-cv-05217 (D.Ariz.) | N/A | Original cases in which "common discovery" was produced. |
| 6. | *A.E.S.E. v. United States*, No. 2:21-cv-00569 (D.N.M.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 7. | *P. v. United States,* No. 1:21-cv-00780-DAD-EPG (E.D. Cal.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 8. | *Aguilar Morales v. United States*, No. 3:23-cv-00247-KC (W.D.Tex.) | None | Case is in pre-discovery stage. |

DISCOVERY ORDERS IN FAMILY SEPARATION CASES

|     | Case Name | Docket No. | Description |
| --- | --- | --- | --- |
| 9.  | *A.I.I.L. v. Sessions*, No. 4:19-cv-00481 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 10. | *Gonzales de Zuniga v. United States*, No. 2:23-cv-00162-KRS-JHR (D.N.M.) | None | Case is in pre-discovery stage. |
| 11. | *B.A.D.J. v. United States*, No. 2:21-cv-00215 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 12. | *E.C.B. v. United States*, No. 2:22-cv-00915 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 13. | *E.S.M. v. United States*, No. 4:21-cv-00029 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 14. | *F.R. v. United States*, No. 2:21-cv-00339 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |

DISCOVERY ORDERS IN FAMILY SEPARATION CASES

|     | Case Name | Docket No. | Description |
| --- | --- | --- | --- |
| 15. | *J.P. v. United States*, No. 2:22-cv-00683 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 16. | *M.S.E. v. United States*, No. 2:22-cv-01242 (D.Ariz.) | None | Case is in pre-discovery stage. |
| 17. | *Fuentes-Ortega v. United States*, No. 2:22-cv-00449 (D.Ariz.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 18. | *B.Y.C.C. v. United States*, No. 3:22-cv-06586 (D.N.J.) | None | Case is in pre-discovery stage. |
| 19. | *J.A.L.C. v. United States*, No. 3:22-cv-06587 (D.N.J.) | None | Case is in pre-discovery stage. |
| 20. | *R.J.P. v. United States*, No. 3:22-cv-06588 (D.N.J.) | None | Case is in pre-discovery stage. |
| 21. | *Caal v. United States*, No. 1:23-cv-00598 (N.D.Ill.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 22. | *C.D.A. v. United States*, No. 5:21-cv-00469 (E.D.Pa.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |

DISCOVERY ORDERS IN FAMILY SEPARATION CASES

|     | Case Name | Docket No. | Description |
| --- | --- | --- | --- |
| 23. | *C.M.-D.V. v. United States*, No. 5:21-cv-00234 (W.D.Tex.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 24. | *D.A. v. United States*, No. 3:22-cv-00295 (W.D.Tex.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 25. | *W.P.V. v. United States*, No. 3:23-cv-00074-DCG (W.D.Tex.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 26. | *J.R.G. v. United States*, No. 4:22-cv-05183 (N.D.Cal.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 27. | *I.T. v. United States*, No. 4:22-cv-05333 (N.D.Cal.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 28. | *E.L.A. v. United States*, No. 2:20-cv-01524 (W.D.Wash.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |

DISCOVERY ORDERS IN FAMILY SEPARATION CASES

|     | Case Name | Docket No. | Description |
| --- | --- | --- | --- |
| 29. | *S.M.F. v. United States of America*, No. 2:22-cv-01193 (W.D.Wash) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 30. | *K.O. v. United States*, No. 4:20-cv-12015 (D.Mass.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 31. | *Leticia v. United States*, No. 1:22-cv-07527 (E.D.N.Y.) | None | Case is in pre-discovery stage. |
| 32. | *F.C.C. v. United States*, No. 2:22-cv-05057 (E.D.N.Y.); *F.C.C. v. United States*, No. 23-cv-03146 (D.D.C.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 33. | *R.Y.M.R. v. United States*, No. 1:20-cv-23598 (S.D.Fla.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |
| 34. | *M.A.N.H. v. United States*, No. 5:23-cv-00372 (C.D.Cal.) | None | Case is in pre-discovery stage. |
| 35. | *J.P./M.A. v. United States*, No. 23-cv-01136 (C.D.Ill.) | None | No relevant discovery order appears on the docket.  It is not known whether Plaintiff intends to seek one. |

-7-

|     | **Case Name** | **Docket No.** | **Description** |
| --- | --- | --- | --- |
| 36. | *J.J.P.B. v. United States*, No. 7:23-cv-00133 (S.D.Tex.) | None | No relevant discovery order appears on the docket. It is not known whether Plaintiff intends to seek one. |
| 37. | *M.M.C. v. United States*, No. 1:23-cv-00158-WES (D.R.I.) | None | Case is in pre-discovery stage. |
| 38. | *N.R. v. United States*, No. 4:23-cv-00201-JR (D.Ariz.) | None | Case is in pre-discovery stage. |
| 39. | *P.C.J. v. United States*, No. 2:23-cv-00780-DJH (D.Ariz.). | None | Case is in pre-discovery stage. |

DISCOVERY ORDERS IN FAMILY SEPARATION CASES