| | Chart of Pending District Court FTCA Family Separations Cases | | | | |
|---|---|---|---|---|---|
| **No.** | **Case Name** | **Docket Number** | **Non-Plaintiff Specific Discovery Produced Voluntarily Beyond Common Discovery** | **Non-Plaintiff Specific Discovery Ordered** | **Notes related to volume and subject matter of documents produced beyond the Common Discovery** |
| 1 | *A.E.S.E. v. United States* | 21-cv-00569 | Yes | No | Copies of contracts with non-government shelters in Los Angeles and Bernalillo (New Mexico) counties 100-200 pages. |
| 2 | *A.F.P.v. United States* | 21-cv-00780 | No. Only Plaintiff specific and common discovery produced. | No | |
| 3 | *Aguilar/Morales v. United States* | 23-cv-00247 | No | No | Discovery not commenced as of 10.31.23. |
| 4 | *A.I.I.L. v. Sessions et al.* | 19-cv-00481 | Yes | No | Regional policy discovery as to USBP El Paso Sector and ICE El Paso Field Office. Volume is approximately 4,818 documents. |
| 5 | *A.P.F. v. United States* | 20-cv-00065 | N/A-Original case in which Common Discovery Produced. | N/A-Original case in which Common Discovery Produced. | |
| 7 | *B.A.D.J. v. United States* | 21-cv-00215 | No | No | |
| 8 | *B.Y.C.C. v. United States* | 22-cv-06586 | No | No | No discovery produced as of 11.1.2023. |
| 9 | *Caal v. United States* | 23-cv-598 | No-only common discovery produced. | No | |
| 10 | *C.D.A. v. United States* | 21-cv-00469 | No | No | No discovery produced as of 10.31.2023. |
| 11 | *C.M. v. United States* | 19-cv-05217 | N/A-Original case in which Common Discovery Produced. | N/A-Original case in which Common Discovery Produced. | |
| 12 | *C.M.-D.V. v. United States* | 21-cv-00234 | No | No | |
| 13 | *D.A. v. United States* | 22-cv-295 | No | No | |

| | Chart of Pending District Court FTCA Family Separations Cases | | | | |
|---|---|---|---|---|---|
| No. | Case Name | Docket Number | Non-Plaintiff Specific Discovery Produced Voluntarily Beyond Common Discovery | Non-Plaintiff Specific Discovery Ordered | Notes related to volume and subject matter of documents produced beyond the Common Discovery |
| 14 | *D.J.C.V. v. United States* | 20-cv-05747 | Yes | Yes-Dkt. 152 | Discovery produced to date includes: Common Discovery, Plaintiff-specific discovery, Certain documents tracking family separations in the sector where plaintiffs were separated (RGV), Certain ORR policy documents, Certain ICE policy documents, A couple policy documents specific to the RGV Sector/the USAO in the Southern District of Texas relating to prosecution referrals/prosecutions. Volume is about 7,000 documents on top of common discovery. |
| 15 | *E.C.B. v. United States* | 22-cv-00915 | No-only common discovery and plaintiff specific discovery produced. | No | |
| 16 | *Eduardo I.T. v. United States* | 22-cv-5333 | No | No | |
| 17 | *E.L.A. v. United States* | 20-cv-1524 | No-only common discovery produced as of 10.31.23. | No | |
| 18 | *E.S.M. v. United States* | 21-cv-00029 | No-only common discovery and plaintiff specific discovery produced. | No | |
| 19 | *F.C.C. v. United States* | 23-cv-03146 | No | No | Discovery not commenced as of 11.14.23. |
| 20 | *Flores Benitez v. Miller et al.* | 22-cv-884 | Yes-Produced the Rio Grande Valley policy discovery. | No | Rio Grande Valley policy discovery is approximately 6000 documents. |
| 21 | *F.R. v. United States* | 21-cv-00339 | No-only Common Discovery produced. | No | |
| 22 | *Fuentes-Ortega v. United States* | 22-cv-0449 | No-only common discovery and plaintiff specific discovery produced. | No | |
| 23 | *Gonzales De Zuniga v. United States* | 23-cv-00162 | No | No | |

| | Chart of Pending District Court FTCA Family Separations Cases | | | | |
|---|---|---|---|---|---|
| No. | Case Name | Docket Number | Non-Plaintiff Specific Discovery Produced Voluntarily Beyond Common Discovery | Non-Plaintiff Specific Discovery Ordered | Notes related to volume and subject matter of documents produced beyond the Common Discovery |
| 24 | *J.A.L.C. v. United States* | 22-cv-06587 | No | No | No discovery produced as of 11.1.2023. |
| 25 | *J.C.O.C. v. United States* | 23-cv-05268 | No | No | Discovery has not commenced. Complaint just filed on 10.16.23. |
| 26 | *J.J.P.B. v. United States* | 7:23cv133 | No | No | Discovery has not commenced. |
| 27 | *J.P. v. United States* | 22-cv-00683 | No | No | No discovery produced. |
| 28 | *J.P./M.A. v. United States* | 23-cv-01136 | No-only common discovery produced | No | |
| 29 | *J.R.G. v. United States* | 22-cv-05183 | No-only common discovery produced | No | |
| 30 | *K.O. v. United States* | 20-cv-12015 | No | No | |
| 31 | *Leticia v. United States* | 22-cv-7527 | No | No | Discovery has not commenced. |
| 32 | *M.A.N.H. v. United States* | 23-cv-00372 | No | No | Discovery has not commenced. |
| 33 | *M.M.C. v. United States* | 23-cv-00158 | No | No | Discovery has not commenced. |
| 34 | *M.S.E. v. United States* | 22-cv-01242 | No | No | Discovery has not commenced. |
| 35 | *N.R. v. United States* | 23-cv-00201 | No-only common discovery and plaintiff specific discovery produced. | No | |

| | Chart of Pending District Court FTCA Family Separations Cases | | | | |
|---|---|---|---|---|---|
| No. | Case Name | Docket Number | Non-Plaintiff Specific Discovery Produced Voluntarily Beyond Common Discovery | Non-Plaintiff Specific Discovery Ordered | Notes related to volume and subject matter of documents produced beyond the Common Discovery |
| 36 | *Nunez Euceda v. United States* | 20-cv-10793 | Yes | No | Transcripts of policy depositions taken in CM/APF; draft introduction by AG Sessions in 2017 for forward to an article and memos to prosecutors; CBP Hotel Room Short Term Custody policy; Transport, Escort, Detention and Search Policy (public document); 2 CPB Policies on zero tolearance for sexual abuse and assault; INS Law of Search Manual M-69; CBP Reno v. Flores Compliance; CBP zero tolerance memo re prosecution; CBP memo re increasing prosecution of immigration violations; blank ICE I-216 workbook instructions for Hounduras Removal Mission (approximately 6,000 documents including transcripts and exhibits thereto) |
| 37 | *P.C.J. v. United States* | 23-cv-00780 | No | No | No discovery initated yet. |
| 38 | *P.G. v. United States* | 21-cv-04457 | Yes | Yes | Approximately 175K pages worth of additional non-plaintiff specific discovery. The most significant volume has been (1) HHS documents related to communications about the policy, and (2) ICE documents related to reunification issues. |
| 39 | *R.J.P. v. United States* | 22-cv-06588 | No | No | No discovery produced as of 11.1.2023. |
| 40 | *R.L.L. v. United States* | 23-cv-4792 | No | No | Discovery has not commenced. |
| 41 | *R.Y.M.R./Castro v. United States* | 20-cv-23598 | Yes | Yes. No written order. Judge ruled from the bench. | 300 pages of documents related to ICE's family separation policy for Harlingen, El Paso, and Phoenix were produced. This case involved an ICE separation. |
| 42 | *S.E.B.M v. United States* | 21-cv-00095 | No | No | motion to dismiss granted; motion for reconsideration denied. |
| 43 | *S.M.F. v. United States* | 22-cv-01193 | No-only common discovery produced | No | |
| 44 | *W.P.V v. United States* | 3:23-cv-00074 | No | No | No discovery has been produced in this case. |