UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-02845-JLS-JC                                    Date: February 14, 2024
Title:  Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                           Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CONTINUING HEARING ON (1) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (Docs. 98, 100, 114) AND (2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES (Doc. 93, 109, 122) FROM FEBRUARY 16, 2024, TO MARCH 29, 2024, AT 10:30 A.M.**

Before the Court are (1) Plaintiffs' motion for partial summary judgment (Docs. 98, 100, 114), and (2) Defendant's motion for summary judgment or, in the alternative, for summary adjudication of issues (Doc. 93, 109, 122).  On the Court's own motion, the hearing on these matters is CONTINUED from February 16, 2024, to **March 29, 2024, at 10:30 a.m.**

Initials of Deputy Clerk:  gga