MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Marina Markarian (State Bar #340686)
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone: (213) 892-4404
Facsimile: (213) 629-5063
Email: Ldakin-grimm@milbank.com

Elizabeth Hamilton, *pro hac vice*
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: Ehamilton@milbank.com

*Additional counsel listed on signature page

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-JC<br><br>**PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE TESTIMONY AND REPORTS OF PROPOSED EXPERT JUNE HAGEN [*DAUBERT*]**<br><br>**Hearing Date:** March 29, 2024<br>**Hearing Time:** 10:30 a.m.<br>**Judge:** Honorable Josephine L. Staton<br>**Place:** Courtroom 8A |

1    PLEASE TAKE NOTICE THAT at 10: 30 a.m. on March 29 2024, or as soon
2  thereafter as the matter may be heard in the above-entitled Court located at First
3  Street U.S. Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Courtroom
4  8A, 8th floor, Plaintiffs Esvin Fernando Arredondo Rodriguez ("Fernando") and
5  A.F.A.J., by her Guardian Ad Litem, Jeffrey Hamilton, (collectively, "Plaintiffs")
6  will and hereby does move the Court to strike portions of defendant United States of
7  America's ("Defendant" or the "Government") expert reports.
8    Plaintiffs base their motion on this Notice of Motion and Motion, the
9  Declaration of Linda Dakin-Grimm in support of this motion and exhibits, the
10 pleadings, records and files in this case, and such other matters as may be considered
11 by the Court.
12   This motion is made pursuant to the Court's Rule 26(f) Scheduling Order,
13 ECF No. 51.

PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE TESTIMONY AND REPORTS OF PROPOSED EXPERT
JUNE HAGEN [*DAUBERT*]
CASE NO. CV 22-02845-JLS-JC

| | |
|---|---|
| Dated: February 23, 2024 | Respectfully Submitted,<br>**MILBANK LLP**<br><br>By: */s/ Linda Dakin-Grimm*<br>Linda Dakin-Grimm (State Bar #119630)<br>LDakin-grimm@milbank.com<br><br>Mark Shinderman (State Bar #136644)<br>MShinderman@milbank.com<br>Samir L. Vora (State Bar #253772)<br>SVora@milbank.com<br>Marina Markarian (State Bar #340686)<br>MMarkarian@milbank.com<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: 424-386-4000<br>Facsimile: 213-629-5063<br><br>Elizabeth Hamilton, *pro hac vice*<br>EHamilton@milbank.com<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: 212-530-5000<br>Facsimile: 212-530-5219<br><br>Julie Wolf, *pro hac vice*<br>JWolf@milbank.com<br>Julia Duke, *pro hac vice*<br>JDuke@milbank.com<br>Riah Kim, *pro hac vice*<br>RKim2@milbank.com<br>Victoria Colbert, *pro hac vice*<br>VColbert@milbank.com<br>Jonghyun Lee, *pro hac vice*<br>JLee7@milbank.com<br>1850 K Street NW, Suite 1100<br>Washington, DC 20006 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: 202-835-7500
Facsimile: 202-263-7586

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and
A.F.A.J.

---

PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE TESTIMONY AND REPORTS OF PROPOSED EXPERT JUNE HAGEN [*DAUBERT*]
CASE NO. CV 22-02845-JLS-JC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28