E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHRISTINA A. MARQUEZ (Cal. Bar No. 305301)
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061/2920
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov
    E-mail: David.Pinchas@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, individually and A.F.A.J., a minor, by her guardian ad litem, Jeffrey Hamilton,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. CV 22-02845 JLS<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF DOCKET NO. 152 DEFENDANT'S REQUEST TO STRIKE PLAINTIFFS' DAUBERT MOTIONS**<br><br>Hearing Date:  March 29, 2024<br>Hearing Time:  10:30 a.m.<br>Courtroom:  8A<br><br>Hon. Josephine L. Staton<br>United States District Judge |

1

PLEASE TAKE NOTICE that Defendant United States of America hereby withdraws Docket 152, Defendant's Request to Strike Plaintiffs' *Daubert* Motions Due to Plaintiffs' Failure to Comply with L.R.7-3, in its entirety.

On March 4, 2023, the parties met and conferred regarding the pending *Daubert* motions and Defendant's Request to Strike. In the interest of compromise, Plaintiffs agreed to allow Defendant to file its Oppositions to the *Daubert* motions on March 12, 2024, instead of March 8, 2024. Plaintiffs would maintain the same reply date of March 15, 2024. In exchange, Defendant's would withdraw its Request to Strike. Accordingly, Defendant will file its Oppositions to the *Daubert* motions on March 12, 2024 and Plaintiffs will file their Replies on March 15, 2024. This will not impact the current hearing date.

Dated: March 5, 2024	Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　*/s/ Christina Marquez*
CHRISTINA MARQUEZ
DAVID PINCHAS
Assistant United States Attorneys

Attorneys for Defendant
United States of America