1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
5  CHRISTINA A. MARQUEZ (Cal. Bar No. 305301)
   DAVID PINCHAS (Cal. Bar No. 130751)
6  Assistant United States Attorneys
   Federal Building, Suite 7516
7        300 North Los Angeles Street
         Los Angeles, California 90012
8        Telephone: (213) 894-4061/2920
         Facsimile: (213) 894-7819
9        E-mail: Christina.Marquez@usdoj.gov
         E-mail: David.Pinchas@usdoj.gov
10
   Attorneys for Federal Defendant
11 United States of America

12               UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14
   Esvin Fernando Arredondo Rodriguez,        No. 2:22-cv-02845-JLS-AFM
15 individually and A.F.A.J., a minor, by
   her guardian ad litem, Jeffrey Hamilton,
16                                            DEFENDANT'S OBJECTIONS TO
            Plaintiffs,                       PLAINTIFFS' AMENDED *DAUBERT*
17                                            MOTIONS
                 v.
18                                            Hearing Date: March 29, 2024
   United States of America,                  Time:  10:30 a.m.
19
            Defendant.                        Honorable Josephine Staton
20                                            United States District Judge
21

22

23

24

25

26

27

28

1   DEFENDANT'S OBJECTIONS TO PLAINTIFFS' AMENDED *DAUBERT* MOTIONS

2       Federal Defendant United States of America hereby objects to Plaintiffs'

3   Amended Motions to Exclude Defendant's Experts (Dkt ## 156, 157), which Plaintiffs

4   improperly filed without leave of Court after the deadline for filing such motions.  On

5   February 27, 2024, Defendant filed a request to strike Plaintiffs' original *Daubert*

6   Motions because of Plaintiffs' complete failure to comply with Central District Local

7   Rule 7-3.  (Dkt # 152.)  In the spirit of compromise, Defendant withdrew that Request

8   because Plaintiffs agreed to extend the time for Defendant to oppose the Motions to

9   March 12, 2024.  (Dkt # 153.) But Plaintiffs then took that extra time away by filing

10  amended motions containing nine additional exhibits, including excerpts from

11  Defendant's expert's depositions transcripts, on Friday, March 8, 2024 on or about 9:30

12  p.m., and for some of their amended filings, even later that night.

13      Plaintiffs' late-filed amended motions were redacted, as were some of their

14  exhibits. Plaintiffs have yet to provide counsel for Defendants with unredacted versions

15  of these late-filed amended materials, even though Defendant's oppositions to these

16  Motions are due in just one more business day.[1]

17      As a putative ground for excusing their repeated failure to comply with the motion

18  deadlines, Plaintiffs had claimed earlier that Defendant's expert's deposition transcripts

19  were unavailable at the time they filed their original *Daubert* motions on February 23,

20  2024.  *See* Declaration of Linda Dakin-Grimm in Support of Plaintiffs' Motion to

21  Exclude Testimony and Report of Defense Expert Dr. June Hagen ¶ 9 (Dkt # 147);

22  Declaration of Linda Dakin-Grimm in Support of Plaintiffs' Motion to Exclude

23  Testimony and Report of Defense Expert Dr. Bennett Williamson ¶ 9 (Dkt # 151.)

24      In their amended motions, however, Plaintiffs' counsel have admitted that they

25  obtained the transcript of Dr. Hagen's deposition transcript on February 29, 2024, eight

---

[1] Adding to the confusion, Plaintiffs' amended motions' new exhibits bear the same exhibit letters as different exhibits found in their original motions.

1

1   days before filing their amended motion. *See* Second Declaration of Linda Dakin-

2   Grimm in Support of Plaintiffs' Motion to Exclude Testimony and Report of Defense

3   Expert Dr. June Hagen ¶ 4. Plaintiffs' counsel received the transcript of Dr.

4   Williamson's deposition transcript on February 26, 2024, 11 days before filing their

5   amended motion. *See* Second Declaration of Linda Dakin-Grimm in Support of

6   Plaintiffs' Motion to Exclude Testimony and Report of Defense Expert Dr. Bennett

7   Williamson ¶ 4.

8        Plaintiffs' counsel could also have avoided these unfair last minute amended

9   filings by ordering expedited transcripts for these depositions. Plaintiffs' very large and

10  wealthy law firm, Milbank LLC, can afford to litigate cases properly, as opposed to

11  disregarding deadlines and claiming a lack of funds had compelled them to impose that

12  prejudice on the Defendant. Furthermore, Plaintiffs have no justification for waiting so

13  long to amend their motions until the late evening before the weekend,  leaving

14  Defendants only two more business days to address their new exhibits.

15       Under the circumstances, Defendant therefore respectfully requests that the Court

16  strike the amended motions, or in the alternative, that the Court extend the hearing date

17  of Plaintiffs' *Daubert* motions to ameliorate the burden caused by Plaintiffs' delayed

18  amended filings. If Plaintiffs intended to file *Daubert* motions, it was incumbent upon

19  them to meet and confer in compliance with Local Rule 7-3 well in advance of the filing

20  deadline, to plan out the motions, and to only file meritorious and fully briefed and

21  supported motions. Plaintiffs did not do so, instead attempting to argue the merits of

22  their case through defective motions that did not comply with the Local Rules, and

23  //

24  //

25  //

26  //

27  //

28  //

1   which Plaintiffs have unilaterally supplemented without leave of Court. The motions

2   should be stricken accordingly.

3          Dated: March 11, 2024                    Respectfully submitted,

4                                                   E. MARTIN ESTRADA
                                                    United States Attorney
5                                                   DAVID M. HARRIS
                                                    Assistant United States Attorney
6                                                   Chief, Civil Division
                                                    JOANNE S. OSINOFF
7                                                   Assistant United States Attorney
                                                    Chief, Complex and Defensive Litigation
8                                                   Section

9                                                   */s/ David Pinchas*
                                                    DAVID PINCHAS
10                                                  CHRISTINA A. MARQUEZ
                                                    Assistant United States Attorneys
11
                                                    Attorneys for Federal Defendant
12                                                  United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28