E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHRISTINA A. MARQUEZ (Cal. Bar No. 305301)
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorneys
Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-4061/2920
   Facsimile: (213) 894-7819
   E-mail: Christina.Marquez@usdoj.gov
   E-mail: David.Pinchas@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, individually and A.F.A.J., a minor, by her guardian ad litem, Jeffrey Hamilton,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:22-cv-02845-JLS-JC<br><br>OBJECTION AND REQUEST TO STRIKE PLAINTIFFS' REPLY BRIEF (DKT. 173) FOR EXCEEDING THE WORD COUNT<br><br>Hearing Date: March 29, 2024<br>Hearing Time: 10:30 a.m.<br>Ctrm: 8A<br><br>Honorable Josephine Staton<br>United States District Judge |

DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR DAUBERT MOTION TO EXCLUDE DR. WILLIAMSON (DKT. 173)(THE "REPLY").

*Again,* Plaintiffs thwart this Court's rules. This Court limits reply briefs to 4,200 words, yet Plaintiffs' Reply exceeds the word count **by over 2,500 words**.[1] Plaintiffs did not seek leave from the Court to exceed the word count before filing the reply, and Plaintiffs cannot establish good cause to do so.

Courts have stricken briefs in these circumstances. *See Pac. Hosp. Grp. Ventures, Inc. v. Zurich Am. Ins. Co.*, 2023 WL 5667873 (C.D. Cal. Aug. 3, 2023)(striking motion for summary judgment for failure to comply with the Federal Rules of Civil Procedure and the Local Rules and ordering refiling in compliance with the rules); *Floyd v. Stoumbos*, 2020 WL 10337738 (M.D. Fla. July 28, 2020)(finding a motion to compel unopposed because the Court struck the response to the motion for being untimely filed and exceeding the word limit imposed by the Standing Order); *Abner v. Scott Mem'l Hosp.*, 634 F.3d 962, 964 (7th Cir. 2011)(striking an oversized appellate brief and summarily affirming the judgment of the district court).

This Court should similarly strike Plaintiffs' Reply, considering Plaintiffs have repeatedly failed to comply with the Court's rules as evidenced by the violations identified in Defendant's repeated objections/request to strike Plaintiffs' briefing (Dkt. nos. 152, 159).

---

[1] Pursuant to paragraph 8c. at pg. 5 of the Court's Standing Order, "because reply briefs should by their nature be shorter…the Court imposes an additional limitation on reply briefs, limiting those to 4,200 words…" The Reply contains 6,719 words. *See* Dkt. 173 at Certificate of Compliance Pursuant to L.R. 11-6.2.

1

| | | |
|---|---|---|
| 1 | Dated: March 18, 2024 | Respectfully submitted, |
| 2 | | E. MARTIN ESTRADA<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |

     /s/ *Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney

Attorneys for United States of America