MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Samir L. Vora (State Bar #253772)
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone: 424-386-4404
Facsimile: 213-629-5063
Email: Ldakin-grimm@milbank.com

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-JC<br><br>**DECLARATION OF LINDA DAKIN-GRIMM IN SUPPORT OF PLAINTIFFS' AMENDED REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE TESTIMONY AND REPORT OF PROPOSED EXPERT BENNETT WILLIAMSON [*DAUBERT*]**<br><br>**Hearing Date:** March 29, 2024<br>**Hearing Time:** 10:30 a.m.<br>**Judge:** Hon. Josephine L. Staton<br>**Courtroom:** 8A |

I, Linda Dakin-Grimm, declare:

1.     I am an attorney licensed to practice law in the States of California and New York, and the District of Columbia.  I am admitted in the United States District Court for the Central District of California.  I am a consulting partner at Milbank LLP.  I have represented Plaintiffs on a *pro bono* basis since 2018.  If called to testify as to the contents of this declaration (the "Declaration"), I could and would testify competently hereto based on my own personal knowledge.

2.     I respectfully submit this Declaration in support of Plaintiffs' Amended Reply in Support of Their Motion to Exclude Testimony and Report of Proposed Expert Bennett Williamson (the "Amended Reply").

3.     On February 23, 2024, Plaintiffs filed two *Daubert* motions to exclude the testimony and report of Defendant's proposed experts, Dr. Bennett Williamson (the "Williamson Motion") and Dr. June Hagen (the "Hagen Motion").  Pursuant to the parties' agreement, Dkt. 153, Defendant filed its oppositions to both motions on March 12, 2024.  Despite having only three days to reply, Plaintiffs timely filed their replies in support of the Williamson Motion and the Hagen Motion on March 15, 2024.

4.     On March 18, 2024, Defendant filed an Objection and Request to Strike ("Objection"), Dkt. 174, without contacting Plaintiffs to request a correction, on the ground that one of Plaintiffs' replies—the reply in support of the Williamson Motion (the "Williamson Reply"), Dkt. 173, did not comply with the 4,200-word count limit set forth in the Court's Standing Order.

5.     Plaintiffs acknowledge that the Williamson Reply exceeded the allowable word limit and regret the oversight.

6.     Upon learning of the error through Defendant's Objection filed earlier today, Plaintiffs prepared and filed the Amended Reply, which is fully compliant with the Court's Standing Order.  Plaintiffs thus remedied their mistake within hours,

-1-

1   mitigating any prejudice to Defendant (particularly where no responsive briefing is

2   indicated).[1]

3

4   I declare under penalty of perjury under the laws of the United States of America

5   that the foregoing is true and correct.  Executed this 18th day of March, 2024 in Los

6   Angeles, California.

7

8                                               Respectfully submitted,

9                                               By:   /s/ *Linda Dakin-Grimm*

10                                              Linda Dakin-Grimm

11                                              *Pro bono* Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23   _____

24   [1] Defendant is incorrect in its assertion that Plaintiffs have "repeatedly failed to
     comply with the Court's rules."  Plaintiffs have at all times litigated this case with
25   diligence and respect for applicable rules.  Should the Court require a specific
     response to Defendant's insinuations to the contrary, Plaintiffs would be pleased to
26   provide one in writing or at argument; but for these purposes, Plaintiffs acknowledge
     their error and have acted swiftly to remedy it.
27

28                                          -2-

DECLARATION OF LINDA DAKIN-GRIMM IN SUPPORT OF PLAINTIFFS' AMENDED REPLY IN SUPPORT
OF THEIR MOTION TO EXCLUDE TESTIMONY AND REPORT OF PROPOSED EXPERT BENNETT
WILLIAMSON [*DAUBERT*]
CASE NO. CV 22-02845-JLS-JC