UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-02845-JLS-JC                                                          Date: March 20, 2024
Title:  Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** **(IN CHAMBERS)  ORDER REQUIRING PARTIES TO REFILE DOCUMENTS IN CONNECTION WITH CROSS-MOTIONS FOR SUMMARY JUDGMENT**

   The parties' cross-motions for summary judgment are set for hearing before the Court on Friday, March 29, 2024 at 10:30 a.m.  The Court has granted the parties leave to file under seal certain documents supporting and opposing these cross-motions.

   For the Court's convenience, the parties are ORDERED to file the following under seal within **three days** of the date of this Order:

   (1) Defendant's motion for summary judgment and all supporting documents in one docket entry;

   (2) Plaintiffs' opposition to Defendant's motion and all supporting documents in one docket entry;

   (3) Defendant's reply in support of its motion and all supporting documents in one docket entry;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-02845-JLS-JC                                        Date: March 20, 2024
Title:  Esvin Fernando Arredondo Rodriguez v. United States of America

    (4) Plaintiffs' motion for summary judgment and all supporting documents in one docket entry;

    (5) Defendant's opposition to Plaintiffs' motion and all supporting documents in one docket entry; and

    (6) Plaintiffs' reply in support of their motion and all supporting documents in one docket entry.

Each of these filings must be complete within a single, self-contained docket entry; any supporting memorandum, separate statement of facts, declarations, and exhibits must be included as attachments.  The parties shall file under seal the unredacted versions of all documents.

                                                    Initials of Deputy Clerk: cr