MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Samir L. Vora (State Bar #253772)
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone: (213) 892-4404
Facsimile: (213) 629-5063
Email: Ldakin-grimm@milbank.com

Victoria L. Colbert, *pro hac vice*
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: vcolbert@milbank.com

*Additional counsel listed on signature page

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and A.F.A.J.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-JC<br><br>**RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Filed concurrently with Declaration of Victoria Colbert In Support of Renewed Application for Leave to File Under Seal and [Proposed] Order]*<br><br>**Hearing Date:** March 29, 2024<br>**Hearing Time:** 10:30 a.m.<br>**Judge:** Hon. Josephine L. Staton<br>**Courtroom:** 8A |

In accordance with L.R. 79-5.2.2, Plaintiffs submit this Renewed Application for Leave to File Under Seal certain portions of the and Plaintiffs Motion to Exclude Testimony and Report of Proposed Expert June Hagen [*Daubert*] (the "Hagen Motion").

First, Plaintiffs request leave to redact certain portions of the Hagen Motion to protect Plaintiffs' sensitive, private medical information—including that of A.F.A.J., who is a minor.  Redacted lines in the Hagen Motion correspond to information contained in Exhibits A, B, C, D, E, and F attached to the Declaration of Linda Dakin-Grimm in Support of the Hagen Motion, which Plaintiffs seek leave to file under seal in their entirety (as discussed further below).

Second, Plaintiffs seek leave to file under seal in their entirety the following documents.

1.  Hagen Motion, Ex. A, a true and correct copy of a vocational evaluation report of Plaintiff Esvin Fernando Arredondo Rodriguez, dated December 22, 2023, by Plaintiffs' proposed expert Mark Lieberman, M.A., C.R.C.

2.  Hagen Motion, Ex. B, a true and correct copy of a vocational evaluation report of Plaintiff A.F.A.J., dated December 22, 2023, by Plaintiffs' proposed expert Mark Lieberman, M.A., C.R.C.

3.  Hagen Motion, Ex. C, a true and correct copy of a vocational evaluation of Plaintiff Esvin Fernando Arredondo Rodriguez and rebuttal report, dated January 18, 2024, by Defendant's proposed expert June Hagen, Ph.D., M.F.C., C.D.M.S., A.V.V.E.

4.    Hagen Motion, Ex. D, a true and correct copy of a vocational evaluation of Plaintiff A.F.A.J. and rebuttal report, dated January 18, 2024, by Defendant's proposed expert June Hagen, Ph.D., M.F.C., C.D.M.S., A.V.V.E.

5.  Hagen Motion, Ex. E, a true and correct copy of a psychological evaluation of Plaintiff A.F.A.J., dated June 2, 2020, produced by Plaintiffs as Bates stamped ArredondoRodriguez_0000643.

6.      Hagen Motion, Ex. F, a true and correct copy of a psychological evaluation of Esvin Fernando Arredondo Rodriguez, dated June 13, 2020, produced by Plaintiffs and Bates stamped ArredondoRodriguez_0000021.

Plaintiffs submit concurrently with this Renewed Application the Declaration of Victoria Colbert In Support of Renewed Application for Leave to File Under Seal. For the reasons stated above and in the Declaration of Victoria Colbert, Plaintiffs request the Court grant the Renewed Application for Leave to File Under Seal.


Dated:   March 26, 2024                  Respectfully submitted,

                                         By: /s/ *Victoria L. Colbert*
                                         Victoria L. Colbert, *pro hac vice*
                                         vcolbert@milbank.com

                                         Linda Dakin-Grimm (State Bar #119630)
                                         Ldakin-grimm@milbank.com
                                         Mark Shinderman (State Bar #136644)
                                         MShinderman@milbank.com
                                         Samir L. Vora (State Bar #253772)
                                         SVora@milbank.com
                                         Marina Markarian (State Bar #340686)
                                         mmarkarian@milbank.com
                                         2029 Century Park East, 33rd Floor
                                         Los Angeles, CA 90067
                                         Telephone: 424.386.4000
                                         Facsimile: 213.629.5063

                                         Elizabeth Hamilton, *pro hac vice*
                                         55 Hudson Yards
                                         New York, New York 10001
                                         Telephone: 212-530-5000
                                         Facsimile: 212-530-5219
                                         Email: Ehamilton@milbank.com

                                         Julie Wolf, *pro hac vice*
                                         jwolf@milbank.com
                                         Julia Duke, *pro hac vice*
                                         jduke@milbank.com
                                         Victoria Colbert, *pro hac vice*

vcolbert@milbank.com
Jonghyun Lee, *pro hac vice*
jlee7@milbank.com
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone: 202.835.7500
Facsimile: 202.263.7586

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and
A.F.A.J.