E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHRISTINA A. MARQUEZ (Cal. Bar No. 305301)
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061/2920
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov
    E-mail: David.Pinchas@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, individually and A.F.A.J., a minor, by her guardian ad litem, Jeffrey Hamilton,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:22-cv-02845-JLS-AFM<br><br>**DEFENDANT'S APPLICATION TO FILE CERTAIN PORTIONS OF ITS OPPOSITIONS TO PLAINTIFFS' DAUBERT MOTIONS (DKTS. 146, 150) PURSUANT TO DKT. 179**<br><br>*[Filed Concurrently with Declaration of Christina Marquez, and [Proposed] Order]*<br><br>Hearing Date: March 29, 2024<br>Hearing Time: 10:30 a.m.<br>Ctrm: 8A, First Street Courthouse<br><br>Honorable Josephine L. Staton<br>United States District Judge |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant United States of America, by and through undersigned counsel of record, requests leave pursuant to Local Rule 79-5.2.2(b) to file under seal certain portions of Defendant's Oppositions and Supporting Exhibits to Plaintiffs' Daubert Motions (Dkts. 146, 150). Defendant refiles this in accordance with the Court's March 20, 2024 Order (Dkt.179).

Defendant applies to file under seal information that **Plaintiff** has deemed confidential. This includes references to certain medical conditions. The information requested to be sealed is as follows:

| Document | Redaction/Seal Description |
|---|---|
| Defendant's Opposition to Plaintiffs' Motion to Exclude Testimony And Report of Psychological Expert Dr. Williamson | Portion of Line 19 and Line 20 in the Table of Contents (page i) filed under seal, redacted copy appearing in public record. |
| | Portion of Page 1, Line 10 filed under seal, redacted copy appearing in public record. |
| | Portion of Page 7, Line 27 filed under seal, redacted copy appearing in public record. |
| | Portion of Page 13, Line 22 filed under seal, redacted copy appearing in public record. |

| Document | Redaction/Seal Description |
|---|---|
|  | Portion of Page 14, Line 8 and Line 10 filed under seal, redacted copy appearing in public record. |
|  | Portion of Page 15, Lines 7 and 22 filed under seal, redacted copy appearing in public record. |
|  | Portion of Page 16, Lines 1, 17, and 25 filed under seal, redacted copy appearing in public record. |
|  | Portion of Page 17, Lines 7, 14, and 18 filed under seal, redacted copy appearing in public record. |
|  | Portion of Page 18, Line 2 filed under seal, redacted copy appearing in public record. |
| Declaration of Dr. Bennett Williamson | Portion of Page 3, Lines 8, 12, 13, 14, 16, and 21 filed under seal, redacted copy appearing in public record. |
|  | Portion of Page 3, Lines 3, 15, 20, and 24 filed under seal, redacted copy appearing |

| Document | Redaction/Seal Description |
|---|---|
| | in public record. Portion of Page 5, Lines 10, 14, and 19 filed under seal, redacted copy appearing in public record. |
| Declaration of David Pinchas, Exhibit 1, Dr. Williamson Deposition | Portion of Page 154, Lines 14, 16, 17 filed under seal, redacted copy appearing in public record. |
| Declaration of David Pinchas, Exhibit 2, Dr. Samuelson Deposition | Portion of Page 24, Lines 13 and 15 filed under seal, redacted copy appearing in public record.<br><br>Portion of Page 29, Lines 2 and 6 filed under seal, redacted copy appearing in public record. |
| Defendant's Opposition to Plaintiff's Motion to Exclude Testimony and Report of Dr. Hagen | Portion of Page 3, Lines 18, 23, and 24 filed under seal, redacted copy appearing in public record.<br><br>Portion of Page 4, Line 4 filed under seal, redacted copy appearing in public record.<br><br>Portion of Page 8, Lines 13 and 27 filed under seal, redacted copy appearing in public record. |
| Declaration of David Pinchas, Exhibit 2, Dr. Hagen Deposition | Portion of Page 110, Lines 2, 5, and 7 filed under seal, redacted copy appearing |


| Document | Redaction/Seal Description |
|---|---|
| | in public record. Portion of Page 149, Lines 3, 13, and 20 filed under seal, redacted copy appearing in public record. |
| Declaration of David Pinchas, Exhibit 3, Dr. Samuelson Deposition | Portion of Page 74, Lines 11 and 23 filed under seal, redacted copy appearing in public record. Portion of Page 76, Lines 3 and 7 filed under seal, redacted copy appearing in public record. Portion of Page 88, Lines 6, 19, and 21 filed under seal, redacted copy appearing in public record. Portion of Page 90, Lines 19 and 25 filed under seal, redacted copy appearing in public record. |
| Declaration of David Pinchas, Exhibit 4, Mark Lieberman Deposition | Portion of Page 10, Line 25 filed under seal, redacted copy appearing in public record. Portion of Page 16, Line 7 and 8 filed under seal, redacted copy appearing in public record. |

| Document | Redaction/Seal Description |
|---|---|
|  | Portion of Page 112, Line 4 filed under seal, redacted copy appearing in public record. |

On March 12, 2024 (the stipulated deadline by the parties), Defendant filed the redacted version of the documents (Dkts. 164 and 165) and served Plaintiffs with the unredacted versions.

Dated: March 26, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　/s/ *Christina Marquez*
CHRISTINA MARQUEZ
DAVID PINCHAS
Assistant United States Attorney

Attorneys for UNITED STATES OF AMERICA

6