UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-02845-JLS-JC                                                   Date: March 28, 2024
Title:  Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFFS'** *DAUBERT* **MOTIONS (Doc. 146 & 150) TO April 26, 2024, AT 10:30 A.M.**

On the Court's own motion, the hearing on Plaintiffs' *Daubert* motions (Docs. 146 & 150) is CONTINUED from March 29, 2024, to **April 26, 2024, at 10:30 a.m.**

                                                                                        Initials of Deputy Clerk:  cr