## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA22CV02845-JLS (JCx) | Date | March 29, 2024 |
|---|---|---|---|
| Title | Esvin Fernando Arrendando Rodriguez v. United States of America, et al. | | |

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|

| Charles A. Rojas | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Hamilton, Samir Vora, Jon Lee, Julia Bok, Mason Hattam | Christina Marquez, AUSA; David Pinchas, AUSA |

**Proceedings:**  DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [181];
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [186].

The case is called.  Counsel stated their appearances.  The Court heard argument re: Plaintiffs' and Defendant's cross-motions for summary judgment.  The parties are ordered to meet and confer regarding mediation and are ordered to inform the Court by April 5, 2024, whether they agree to mediate before Magistrate Judge Chooljian or whether the Court must appoint another Magistrate Judge to conduct the mediation.

The parties' motions are taken under submission.

_____ : .54

Initials of Preparer   cr