1  MILBANK LLP
2  Linda Dakin-Grimm (State Bar #119630)
   Mark Shinderman (State Bar #136644)
3  Samir L. Vora (State Bar #253772)
4  2029 Century Park East, 33rd Floor
   Los Angeles, CA  90067
5  Telephone: (213) 892-4404
6  Facsimile: (213) 629-5063
   Email: Ldakin-grimm@milbank.com
7
   *Additional counsel listed on signature page
8
   *Pro Bono* Attorneys for Plaintiffs,
9  Esvin Fernando Arredondo Rodriguez and A.F.A.J.

10

11

12

13              **UNITED STATES DISTRICT COURT**
14      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
15

16  ESVIN FERNANDO ARREDONDO
    RODRIGUEZ INDIVIDUALLY  AND
17  A.F.A.J., A MINOR, BY HER GUARDIAN
18  AD LITEM, JEFFREY HAMILTON,

19           Plaintiffs,                      Case No.: CV 22-02845-JLS-JC

20        v.                                  **JOINT STIPULATION**
                                              **REGARDING MEDIATION**
21  UNITED STATES OF AMERICA,                 **REFERRAL**
22
             Defendant.
23

24

25

26

27

28

JOINT STIPULATION REGARDING MEDIATION REFERRAL
CASE NO. CV 22-02845-JLS-JC

Pursuant to the Court's Order regarding mediation, Plaintiffs Esvin Fernando Arredondo Rodriguez ("Mr. Arredondo Rodriguez") and his minor daughter A.F.A.J. (together, "Plaintiffs") and Defendant United States of America ("Defendant") present this joint stipulation.

The parties met and conferred on April 3, 2024.  Following that conference, Defendant provided Plaintiffs with the names of three Magistrate Judges with whom Defendant was amenable to engaging in a settlement conference.  Magistrate Judge Autumn D. Spaeth was included in Defendant's list.

On April 4, 2024, Plaintiffs notified Defendant that Plaintiffs were amenable to engaging in settlement conference with Magistrate Judge Autumn D. Spaeth.

The parties hereby jointly request that the Court refer the case to Magistrate Judge Autumn D. Spaeth for mediation.

Dated: <u>April 5, 2024</u>            Respectfully Submitted,

**MILBANK LLP**

By: */s/ Linda Dakin-Grimm*
Linda Dakin-Grimm (State Bar #119630)
LDakin-grimm@milbank.com
Mark Shinderman (State Bar #136644)
MShinderman@milbank.com
Samir L. Vora (State Bar #253772)
SVora@milbank.com
Marina Markarian (State Bar #340686)
MMarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063

Elizabeth Hamilton, *pro hac vice*
EHamilton@milbank.com
55 Hudson Yards
New York, New York 10001
-1-

Telephone: 212-530-5000
Facsimile: 212-530-5219

Julie Wolf, *pro hac vice*
JWolf@milbank.com
Julia Duke, *pro hac vice*
JDuke@milbank.com
Riah Kim, *pro hac vice*
RKim2@milbank.com
Victoria Colbert, *pro hac vice*
VColbert@milbank.com
Jonghyun Lee, *pro hac vice*
JLee7@milbank.com
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone: 202-835-7500
Facsimile: 202-263-7586

*Pro Bono* Attorneys for Plaintiffs,
Esvin Fernando Arredondo Rodriguez and
A.F.A.J.

Dated: April 5, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

By: /s/ *David Pinchas*
David Pinchas
Christina Marquez
Assistant United States Attorneys

Attorneys for Defendant

-2-

JOINT STIPULATION REGARDING MEDIATION REFERRAL
CASE NO. CV 22-02845-JLS-JC

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

I hereby certify pursuant to Local Rule 5-4.3.4 that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization to file this document with all electronic signatures appearing within the foregoing document which are not my own.


Dated: April 5, 2024          By: /s/ *Linda Dakin-Grimm*

                               Linda Dakin-Grimm (State Bar #119630)

                               Attorney for Plaintiffs

JOINT STIPULATION REGARDING MEDIATION REFERRAL
CASE NO. CV 22-02845-JLS-JC