UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:22-cv-02845-JLS-JC    Date: April 25, 2024
Title: Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                             Not Present

**PROCEEDINGS:** **(IN CHAMBERS)  ORDER (1) REFERRING CASE TO MAGISTRATE JUDGE AUTUMN D. SPAETH TO CONDUCT SETTLEMENT CONFERENCE; AND (2) VACATING HEARING ON PLAINTIFFS'** *DAUBERT* **MOTIONS (Docs. 146 & 150)**

The Court REFERS this case to Magistrate Judge Autumn D. Spaeth to conduct a settlement conference.  (*See* Joint Stipulation re: Mediation Referral, Doc. 203.)  The Parties shall contact Judge Spaeth's Courtroom Deputy forthwith to schedule the settlement conference.  Within **five days** of scheduling the settlement conference, the Parties shall file a status report informing the Court of the settlement conference's date.  The Court shall refrain from issuing an order requiring supplemental briefing on the parties' pending cross-motions for summary judgment until the parties have conducted the settlement conference before Judge Spaeth.

The Court VACATES the hearing on Plaintiffs' *Daubert* motions (Docs. 146 & 150) and will reset those motions for hearing after the settlement conference has concluded.

Initials of Deputy Clerk: cr