MILBANK LLP
Linda Dakin-Grimm (State Bar #119630)
Mark Shinderman (State Bar #136644)
Samir L. Vora (State Bar #253772)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (213) 892-4404
Facsimile: (213) 629-5063
Email: Ldakin-grimm@milbank.com
*Additional counsel listed on signature page

*Pro Bono* Attorneys for Plaintiffs, Esvin Fernando Arredondo Rodriguez and A.F.A.J.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ESVIN FERNANDO ARREDONDO RODRIGUEZ INDIVIDUALLY AND A.F.A.J., A MINOR, BY HER GUARDIAN AD LITEM, JEFFREY HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 22-02845-JLS-JC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On April 25, 2024, the Court referred the Parties in the above-titled case to Magistrate Judge Autumn D. Spaeth for a settlement conference. *See* Dkt. No. 207. The Court further directed the Parties to submit a status report informing the Court of the settlement conference's date within five days of it being scheduled. *Id.*

The Parties submit this Joint Status Report to inform the Court that they will participate in a settlement conference with Judge Spaeth on June 25, 2024, at 10:00am in Courtroom 6B, 6th Floor, 411 W. Fourth Street, Santa Ana, California, 92701.

Dated: May 8, 2024                                   Respectfully Submitted,

**MILBANK LLP**

By: */s/ Linda Dakin-Grimm*
Linda Dakin-Grimm (State Bar #119630)
LDakin-grimm@milbank.com
Mark Shinderman (State Bar #136644)
MShinderman@milbank.com
Samir L. Vora (State Bar #253772)
SVora@milbank.com
Marina Markarian (State Bar #340686)
MMarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063

Elizabeth Hamilton, *pro hac vice*
EHamilton@milbank.com
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000

JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE
CASE NO. CV 22-02845-JLS-JC

|   |   |
|---|---|
|   | Facsimile: 212-530-5219 |
|   |   |
|   | Julie Wolf, *pro hac vice* |
|   | JWolf@milbank.comRiah Kim, *pro hac vice* |
|   | RKim2@milbank.com |
|   | Victoria Colbert, *pro hac vice* |
|   | VColbert@milbank.com |
|   | Jonghyun Lee, *pro hac vice* |
|   | JLee7@milbank.com |
|   | 1850 K Street NW, Suite 1100 |
|   | Washington, DC 20006 |
|   | Telephone: 202-835-7500 |
|   | Facsimile: 202-263-7586 |
|   |   |
|   | *Pro Bono* Attorneys for Plaintiffs, Esvin Fernando Arredondo Rodriguez and A.F.A.J. |
| Dated: May 8, 2024 | E. MARTIN ESTRADA |
|   | United States Attorney |
|   | DAVID M. HARRIS |
|   | Assistant United States Attorney |
|   | Chief, Civil Division |
|   | JOANNE S. OSINOFF |
|   | Assistant United States Attorney |
|   | Chief, Complex and Defensive Litigation Section |
|   |   |
|   | By: /s/ *David Pinchas* |
|   | David Pinchas |
|   | Christina Marquez |
|   | Assistant United States Attorneys |
|   |   |
|   | Attorneys for Defendant |

- 2 -

JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE
CASE NO. CV 22-02845-JLS-JC

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I hereby certify pursuant to Local Rule 5-4.3.4 that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization to file this document with all electronic signatures appearing within the foregoing document which are not my own.

Dated: May 8, 2024        By: /s/ *Linda Dakin-Grimm*
                              Linda Dakin-Grimm (State Bar #119630)
                              Attorney for Plaintiff