UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, individually and A.F.A.J., a minor, by her guardian ad litem, Jeffrey Hamilton,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:22-cv-02845-JLS-JCx<br><br>ORDER VACATING FINAL PRE-TRIAL CONFERENCE AND CORRESPONDING DEADLINES |

Having reviewed Defendant United States' unopposed Ex Parte Application (Doc. 219), the Court VACATES the final pretrial conference and corresponding deadlines. The Court will reset the final pretrial conference and corresponding deadlines after the settlement conference has concluded.

Dated: June 3, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE