E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHRISTINA A. MARQUEZ (Cal. Bar No. 305301)
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061/2920
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov
    E-mail: David.Pinchas@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Esvin Fernando Arredondo Rodriguez, individually and A.F.A.J., a minor, by her guardian ad litem, Jeffrey Hamilton,,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. CV 22-02845-JLS-JC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On April 25, 2024, the Court referred the Parties in the above-titled case to Magistrate Judge Autumn D. Spaeth for a settlement conference. *See* Dkt. No. 207. The Court further directed the Parties to submit a status report informing the Court of the settlement conference's date within five days of it being scheduled. *Id*. The parties previously scheduled the settlement conference for June 25, 2024. *See* Dkt. No. 217.

On June 25, 2024, the Court took the settlement conference off calendar and asked the parties to meet and confer on a new date. The Parties submit this Joint Status Report to inform the Court that they will participate in a settlement conference with Judge Spaeth on July 9, 2024, at 10:00am in Courtroom 6B, 6th Floor, 411 W. Fourth Street, Santa Ana, California, 92701.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2024 | Respectfully submitted, |
| 2 | | **MILBANK LLP** |

By: */s/ Linda Dakin-Grimm*
Linda Dakin-Grimm (State Bar #119630)
LDakin-grimm@milbank.com
Mark Shinderman (State Bar #136644)
MShinderman@milbank.com
Samir L. Vora (State Bar #253772)
SVora@milbank.com
Marina Markarian (State Bar #340686)
MMarkarian@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063

Elizabeth Hamilton, pro hac vice
EHamilton@milbank.com
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Julie Wolf, *pro hac vice*
JWolf@milbank.comRiah Kim, *pro hac vice*
RKim2@milbank.com Victoria Colbert, *pro hac vice*
VColbert@milbank.com Jonghyun Lee, *pro hac vice*
JLee7@milbank.com
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone: 202-835-7500
Facsimile: 202-263-7586

*Pro Bono* Attorneys for Plaintiffs, Esvin Fernando Arredondo Rodriguez and A.F.A.J.

Dated: July 1, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

    /s/  *Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney

Attorneys for Defendant
The United States of America

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I hereby certify pursuant to Local Rule 5-4.3.4 that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization to file this document with all electronic signatures appearing within the foregoing document which are not my own.

Dated: July 1, 2024        By: */s/ Christina Marquez*
                           CHRISTINA MARQUEZ (State Bar #305301)
                           Attorney for Defendant