JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-02845-JLS-JC                                           Date: July 22, 2024
Title:  Esvin Fernando Arredondo Rodriguez v. United States of America

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**  (IN CHAMBERS)  ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL

   The parties participated in a settlement conference before Magistrate Judge Autumn D. Spaeth.  (*See* Docs. 229–231.)  The Court has been apprised that the parties have reached a settlement in this action subject to formal approval by the appropriate authorities for Defendant United States of America.

   The Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause within 90 days of this order.

   The parties shall file a Stipulation of Dismissal no later than **October 17, 2024** (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.  Until the Dismissal Date, the Court retains full jurisdiction over this action.  Any outstanding Orders to Show Cause are discharged.

Initials of Deputy Clerk: cr